```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
ALAINA DANIELS,                       :
                                      :
                      Plaintiff,      :
            -v-                       :     21cv1747(DLC)
                                      :
SPEYER LEGACY SCHOOL,                 :        ORDER
                                      :
                      Defendant.      :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

  IT IS HEREBY ORDERED that the initial pretrial conference scheduled for July 9 is adjourned to **September 10** at **11:30 am**.

Dated:  New York, New York
     June 30, 2021

                  _____
                     DENISE COTE
                United States District Judge