**LAW OFFICE OF JILLIAN T. WEISS, P.C.**
ATTORNEY AT LAW
226 PROSPECT PARK WEST, NO. 104
BROOKLYN, NEW YORK 11215

--------------

(845) 709-3237
FAX: (845) 684-0160
JWEISS@JTWEISSLAW.COM
ADMITTED NEW YORK AND NEW JERSEY ONLY

November 19, 2021

Hon. Denise L. Cote
United States District Court
Southern District of New York
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl St.
New York, NY 10007-1312

### Re: Daniels v. Speyer Legacy School, No. 21-cv-1747

In accordance with the Court's Order of October 21, 2021 [ECF 21], Plaintiff moves for the restoration of this action. Plaintiff requests an additional 30 days from the date referenced in that Order for the parties to finalize the settlement of this action, to December 22, 2021.

Respectfully Submitted,

__/s/ Jillian T. Weiss__
Jillian T. Weiss
LAW OFFICE OF JILLIAN T. WEISS, P.C.
226 Prospect Park West No. 104
Brooklyn, NY 11215
Tel: (845) 709-3237
Fax: (845) 684-0160
Email: jweiss@jtweisslaw.com

*Granted.*
*There shall be no further extension.*
*Denise Cote*
*11/29/21*